**Electronically Filed
Supreme Court
SCWC-11-0000512
21-MAR-2013
11:58 AM**

SCWC-11-0000512

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

PATRICK LOPEZ, Petitioner/Plaintiff-Appellant,

vs.

STATE OF HAWAIʻI, Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000512; CIVIL NO. 09-1-1613)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, and Pollack, JJ., and
Circuit Judge Lee, in place of McKenna, J., recused)

Petitioner/Plaintiff-Appellant Patrick Lopez's application for writ of certiorari filed on February 8, 2013, is hereby accepted and will be scheduled for oral argument.  The parties will be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawaiʻi, March 21, 2013.

Eric A. Seitz for
petitioner

Kimberly Tsumoto Guidry
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Richard W. Pollack

/s/ Randal K.O. Lee

